ORIGINAL

United States District Court
Southern District of Texas
FILED

FEB 07 2000

Michael N. Milby, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | CIVIL ACTION **C-00-050** |
| | § | |
| *versus* | § | (Claim: 113468) |
| | § | |
| MANUELA F. AYERS, | § | |
| | § | |
| Defendant | § | |

## Complaint

1.  *Jurisdiction*. The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2.  *Venue*. The defendant is a resident of Aransas County, Texas, and may be served with process at 1422 Redbird Drive, Rockport, Texas 78382.

3.  *The Debt*. The debt owed the United States is:

    | | | | |
    |---|---|---|---:|
    | A. | Current principal | $ | 2,376.64 |
    | B. | Current interest (capitalized and accrued) | $ | 1,268.60 |
    | C. | Administrative fees, costs, penalties | $ | 0.00 |
    | D. | Attorney's fees | $ | 550.00 |
    | E. | Balance due | $ | 4,195.24 |
    | F. | Prejudgment interest accrues at | | |
    | | 8.00% per annum being $ 0.52 per day. | | |

    The current principal in paragraph 3 A is after credits of $ 1,198.00.

    The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding

-1-

attorney's fees and central intake facility charges. On the date of the certificate the principal and

interest shown were correct after credits having been applied.

4.      *Failure to pay*. Demand has been made on the defendant to pay the indebtedness,

        and the defendant has failed to pay it.

5.      *Prayer*. The United States prays for judgment for:

        A.      The sums in paragraph 3 plus pre-judgment interest through the
                date of judgment, administrative costs, and post-judgment interest.

        B.      Attorney's fees; and,

        C.      Other relief the court deems proper.

                                        Respectfully submitted,

                                        ALONSO & CERSONSKY, P.C.

                                By: _____
                                        M. H. Cersonsky
                                        Attorney in Charge
                                        State Bar: 04048500
                                        Southern District: 5082
                                        5065 Westheimer, Suite 600
                                        Houston, Texas 77056
                                        Telephone: (713) 840-1492
                                        Fax: (713) 840-0038

                                        Attorneys for Plaintiff

-2-

CMAPDF - www.fesita.com

# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Manuela F Ayers
1422 Redbird Dr
Rockport, TX 78382-6226
SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/08/99.

On or about 09/19/85, the borrower executed promissory note(s) to secure loan(s) of $2,500.00, from First America Savings, F.S.B., Longmont, CO at 8 percent interest per annum. This loan obligation was guaranteed by Northstar Guarantee, Inc. and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 09/11/87, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,688.36 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 02/02/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $533.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $2,376.64 |
| Interest: | $1,268.60 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 03/08/99: | $3,645.24 |

Interest accrues on the principal shown here at the rate of $0.52 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _____

Name: _____
Title: LOAN ANALYST
Branch: LITIGATION BRANCH

PLAINTIFF'S EXHIBIT A