AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGINAL

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA,

*Plaintiff*   v.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-00-050

MANUELA F. AYERS,

*Defendant*

TO: (Name and address of defendant)

MANUELA F. AYERS
1422 Redbird Drive
Rockport, Texas 78382

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. H. Cersonsky
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

CLERK

DATE 2/8/00

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2-22-2000 |
| NAME OF SERVICE (PRINT) Harry D. Thanes | TITLE Constable pct 1 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-22-2000
Date

_Signature of Server_

_Address of Server_

United States District Court
Southern District of Texas
FILED

**MAR - 2 2000**

MICHAEL N. MILBY CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.