UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 22 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: C-00-050 |
| | § | (Claim No. 113468) |
| MANUELA F. AYERS, | § | |
| | § | |
| Defendant. | § | |

# REQUEST FOR ENTRY OF DEFAULT

TO THE HONORABLE JUDGE HAYDEN W. HEAD, JR.:

The UNITED STATES OF AMERICA ("USA"), Plaintiff requests the Court to enter Default against Defendant, Manuela F. Ayers, pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1. Plaintiff filed suit against Defendant on February 7, 2000. Defendant was personally served with a copy of the Citation and Summons on February 22, 2000, by Deputy Constable Harry D. Thomas, which executed summons was filed with the Court on or about March 2, 2000.

2. As of March 17, 2000, no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _M.H. Cersonsky_

M.H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent by certified mail, return receipt requested, on March 17th, 2000, to:

Ms. Manuela F. Ayers
1422 Redbird Drive
Rockport, TX 78382

_____
M.H. Cersonsky

Case 2:00-cv-00050   Document 4   Filed in TXSD on 03/22/2000   Page 3 of 3



COPY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: C-00-050 |
| | § | (Claim No. 113468) |
| MANUELA F. AYERS, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON REQUEST FOR ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant. Although Defendant was cited to appear and answer herein, he has failed to file an answer within the time allowed by law. Therefore, the Court is of the opinion that Default against Defendant should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against Defendant, Manuela F. Ayers.

Signed on this ___ day of _____, 2000, at Corpus Christi, Texas.

_____
Hon. Hayden W. Head, Jr.
United States District Judge

APPROVED AND ENTRY REQUESTED:

By: _____
M.H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / FAX (713) 840-0038
Attorney in charge for Plaintiff,
United States of America

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

ClibPDF - www.fastio.com