UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 10 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. No.: C-00-050 |
| § | (Claim No. 113468) |
| MANUELA F. AYERS, § | |
| § | |
| Defendant. § | |

### ORDER ON REQUEST FOR ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant. Although Defendant was cited to appear and answer herein, he has failed to file an answer within the time allowed by law. Therefore, the Court is of the opinion that Default against Defendant should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against Defendant, Manuela F. Ayers.

Signed on this 8th day of May, 2000, at Corpus Christi, Texas.

_____
Deputy United States District Clerk

APPROVED AND ENTRY REQUESTED:

By: _____
M.H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / FAX (713) 840-0038
Attorney in charge for Plaintiff,
United States of America

OF COUNSEL:
ALONSO & CERSONSKY, P.C.