UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 26 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: C-00-050 |
| | § | (Claim No. 113468) |
| MANUELA F. AYERS, | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW United States of America ("USA"), plaintiff, and moves for final judgment against the above-named defendant in the above-styled and numbered cause of action for the reason that Manuela F. Ayers, defendant has not answered, although duly summoned in the manner and for the length of time prescribed by law, and would further show that service was made on the defendant and to plaintiff's knowledge defendant was not at the time of service in the military or naval service of the United States of America.

WHEREFORE, plaintiff prays for final judgment in the amount and in the form of the proposed judgment attached hereto.

Respectfully Submitted,

By: *[signature]*

M. H. Cersonsky, TBA #04048500, SD#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for United States of America**

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing motion was sent certified mail, return receipt requested on June 23, 2000, to:

Ms. Manuela F. Ayers  
1422 Redbird Drive  
Rockport, Texas 78382

                                                _____  
                                                M. H. Cersonsky

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: C-00-050 |
| | § | (Claim No. 113468) |
| MANUELA F. AYERS, | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF AMOUNT DUE

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

I, M. H. CERSONSKY, being first duly sworn, state that I am the attorney for plaintiff in the above-entitled and numbered action; that the records of the Clerk of this Court show that the Summons and Complaint in this cause were duly served on Defendant on February 22, 2000, and that, although more than 20 days have passed since such service, defendant has failed to appear, plead or otherwise defend; and that to my best information and belief defendant is not an infant or incompetent person and not in the military service within the purview of the Soldier's and Sailor's Civil Relief Act of 1940 as amended.

I further state that I have read the Complaint filed in this action, know the contents thereof and am familiar with the evidence which would be offered by plaintiff at the trial of this case. Based thereon, I officially state that to the best of my information and belief there is now due by defendant to plaintiff on the debt set forth in the Complaint, the following amounts:

| | |
|---|---|
| Principal Balance: | $2,376.64 |
| Total Interest Accrued (As of March 8, 1999) | $1,268.60 |
| Attorney's Fees | $ 550.00 |
| | $4,195.24 |
| Less Credits (Debtor Payments) | $    0.00 |
| Total Owed | $4,195.24 |

Interest Rate:   8.00%
Daily Accrual:  $0.52

By: _____
M. H. Cersonsky, TBA #04048500, SDT# 5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for the United States of America**

SUBSCRIBED AND SWORN TO before me on June 23rd, 2000, to which witness by hand and seal of office.

_____
Notary Public, State of Texas

S K. DAVIS
Notary Public State of Texas
My Commission Expires
OCTOBER 18, 2003.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: C-00-050 |
| | § | (Claim No. 113468) |
| MANUELA F. AYERS, | § | |
| | § | |
| Defendant. | § | |

## NONMILITARY AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority on this day personally appeared the undersigned affiant, who being by me duly sworn, on oath stated:

"I am attorney of record for Plaintiff in the above-entitled and numbered cause. Defendant Manuela F. Ayers was not in military service when this suit was filed, has not been in military service of the United States of America.

This determination is based on an investigation of records available to me, and the fact that all mail from this office to the defendant has been sent to and received at a civilian address."

By: _____
M. H. Cersonsky, TBA #04048500, SDT# 5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for the United States of America**

SUBSCRIBED AND SWORN TO before me on June 23rd, 2000, to which witness by hand and seal of office.

_____
Notary Public, State of Texas



S.K. DAVIS
Notary Public, State of Texas
My Commission Expires
OCTOBER 18, 2003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: C-00-050 |
| | § | (Claim No. 113468) |
| MANUELA F. AYERS, | § | |
| | § | |
| Defendant. | § | |

# DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Manuela F. Ayers has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Manuela F. Ayers:

| | |
|---|---|
| Principal Balance: | $2,376.64 |
| Total Interest Accrued (As of March 8, 1999) | $1,268.60 |
| Attorney's Fees | $ 550.00 |
| | $4,195.24 |
| Less Credits (Debtor Payments) | $   0.00 |
| Total Owed | $4,195.24 |

Interest Rate:   8.00%
Daily Accrual:  $0.52

Post-judgment interest at _____% per annum.

Signed _____, 2000, at Corpus Christi, Texas.

_____
Hon. Hayden W. Head, Jr.
United States District Judge