UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

1. AUG 4 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| vs. | § C.A. No.: C-00-050 |
| | (Claim No. 113468) |
| MANUELA F. AYERS, | § |
| Defendant. | § |

## DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Manuela F. Ayers has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Manuela F. Ayers:

| | |
|---|---|
| Principal Balance: | $2,376.64 |
| Total Interest Accrued (As of March 8, 1999) | $1,268.60 |
| Attorney's Fees | $ 550.00 |
| | $4,195.24 |
| Less Credits (Debtor Payments) | $ 0.00 |
| Total Owed | $4,195.24 |

Interest Rate: 8.00%
Daily Accrual: $0.52

Post-judgment interest at 6.375% per annum.

Signed  8-4 , 2000, at Corpus Christi, Texas.

Hon. Janis Graham Jack
United States District Judge